**DISMISS; Opinion Filed October 13, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00434-CV

**JOSE VAZQUEZ, Appellant**
**V.**
**BETTY VAZQUEZ, Appellee**

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-14-23331**

## MEMORANDUM OPINION

Before Justices Lang, Evans, and Whitehill
Opinion by Justice Evans

Appellant's brief in this case is overdue. By postcard dated September 15, 2015, we notified appellant the time for filing his brief had expired. We directed appellant to file both his brief and an extension motion within ten days. We cautioned appellant that failure to file his brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief, an extension motion, or otherwise corresponded with the Court regarding the status of his brief.

Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 38.8(a)(1); 42.3(b), (c).

150434F.P05

/David W. Evans/
DAVID EVANS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

JOSE VAZQUEZ, Appellant

No. 05-15-00434-CV      V.

BETTY VAZQUEZ, Appellee

On Appeal from the 301st Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-14-23331.
Opinion delivered by Justice Evans. Justices Lang and Whitehill participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee BETTY VAZQUEZ recover her costs of this appeal from appellant JOSE VAZQUEZ.

Judgment entered this 13th day of October, 2015.